IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERRY ALEXANDRE,

    Plaintiff

    v.                      CIV. NO. S-02-1838-DFL-DAD

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/    <u>RELATED CASE ORDER</u>

SHERRY ALEXANDRE,

    Plaintiff,

    v.                      CIV. NO. S-05-0626-CMK

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a

1

substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. NO. S-05-0626-CMK be reassigned to Judge David F. Levi and Magistrate Dale A. Drozd for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. The parties are referred to the attached Order Requiring Joint Status Report.  Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV. NO. S-05-0626-DFL-DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: 7/22/2005

_____
DAVID F. LEVI
United States District Judge